(W.D.T.X. Ref: 245H)(Rev. 01/05) - Judgement in a Criminal Case for a Petty Offense (Short Form)

**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED
Jun 27 2025
Clerk, U.S. District Court
Western District of Texas

BY: ___MG___
Deputy

UNITED STATES OF AMERICA §
§ CASE NUMBER: EP:25-M -03676(1) **ATB**
vs. §
§
**(1) HECTOR ALVARO CAAL-MAAS** §

Defendant.

## JUDGMENT IN A CRIMINAL CASE
Short Form

The defendant, Hector Alvaro Caal-Maas, was represented by counsel, James Wayne Wolff.

The defendant pled guilty to the complaint on June 27, 2025. Accordingly, the defendant is adjudged guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense |
|---|---|---|
| 50 USC 797 | Prohibits Willful Violation of Defense Property Securtiy Regulation | 06/25/2025 |
| 18 USC 1382 | Entry of Military Property for Any Purpose Prohibited by Law | 06/25/2025 |
| 8 USC 1325(a)(1) | Improper Entry by an Alien | 06/25/2025 |

As pronounced on June 27, 2025, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of **Time Served + (1) one business day**. The defendant shall remain in custody pending service of sentence.

The special assessments imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because of reasonable efforts to collect these assessments are not likely to be effective.

Signed on this the 27th day of June, 2025.

_____
ANNE T. BERTON
UNITED STATES MAGISTRATE JUDGE